# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) **Case No. 5:19cr33** |
| v. | ) |
| | ) |
| **ABEL GALLEGOS HERNANDEZ,** | ) |
| | ) **By: Michael F. Urbanski** |
| Defendant. | ) **Chief United States District Judge** |
| | ) |

## ORDER

This matter was referred to the Honorable Joel C. Hoppe, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(3), for the purpose of conducting a plea hearing and a plea colloquy under Rule 11 of the Federal Rules of Criminal Procedure and preparing proposed findings of fact and a recommendation as to the acceptance of such plea as tendered. The Magistrate Judge filed a report and recommendation on June 12, 2020, ECF No. 60, recommending that defendant's plea of guilty to Count One and Count Two of the Indictment be accepted. No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety. Accordingly, it is **ORDERED** that the report and the findings and recommendation contained therein are **ADOPTED**, defendant's plea of guilty to Count One and Count Two of the Indictment and the plea agreement are **ACCEPTED**, and defendant is adjudged **GUILTY** of the offense charged in Count One and Count Two of the Indictment.

It is so **ORDERED**.

The Clerk is directed to send a certified copy of this Order to all counsel of record.

Entered: August 5, 2020

Michael F. Urbanski
Chief United States District Judge

2